UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Randall Tyler, # 294029,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Doris Gant; Clifford Killingbeck; D. Young; John Does;<br>South Carolina Department of Corrections,<br><br>　　　　　　　　Defendants.<br>_____ | ) C/A No. 8:11-118-TLW-BHH<br>)<br>)<br>)<br>)<br>) Order<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　This case was removed from the Court of Common Pleas for Dorchester County, South Carolina. The docket number for the state court action was Case No.2010-CP-18-2952. Along with their Notice of Removal, Defendants have filed an Answer to the Complaint. (Entry 3).

　　　　Plaintiff is a *pro se* litigant. His attention is directed to the following important notice and to the procedural directions that follow:

**TO PLAINTIFF**:

　　　　You are ordered to always keep the Clerk of Court advised in writing **(300 East Washington Street, Room 239, Greenville, South Carolina 29601)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this Order. Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address. Your failure to do so will not be excused by the Court.

　　　　Put this Order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a Defendant you also have a duty to notify that attorney if your address is to be changed for mail purposes.

　　　　Plaintiff is, hereby, informed that if his address changes in the future, he must provide *his* own, personal new address. Hence, the Office of the Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff (unless, of course, that person is an attorney admitted to practice before this Court who has entered a formal appearance).

　　　　**All future filings by Plaintiff in this case should be mailed to the Office of the Clerk of Court in Greenville, South Carolina.** (see address above). All documents requiring Plaintiff's

1

signature shall be signed with his full legal name written in his own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, Plaintiff is directed to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom and sides of each paper submitted. Plaintiff will strictly comply with requirements for "short and plain" statements of claims and defenses in all pleadings under Rule 8 Federal Rules of Civil Procedure (Fed. R. Civ. P.) as well as the requirements for "concise summary," "concise statement" and "brevity" set forth in Local Civil Rule 7.05 of the United States District Court for the District of South Carolina.

**TO DEFENDANTS**:

Defendants and their attorneys are, hereby, notified that all dispositive motions from Defendants must be filed *no later than* forty-five (45) days after the Answer (or other responsive pleading) on behalf of that Defendant has been filed. Hence, with respect to the filing of dispositive motions by Defendant, this Order is also a scheduling order.

**IT IS SO ORDERED**.

s/Bruce Howe Hendricks
United States Magistrate Judge

January 18 , 2011
Greenville, South Carolina

**Plaintiff's attention is directed to the important notice on the following page**

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

## WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Office of the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e)(Protective Orders).