IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Randal Tyler # 294029,                        )
                                              )
                Plaintiff,                    )
                                              )
vs.                                           )        Civil Action No. 2:11-cv-118-TLW-BHH
                                              )
                                              )
Doris Gant; Clifford Kllingbeck; D.           )
Young; John Does; and South Carolina          )
Department of Corrections,                    )
                                              )
                Defendants.                   )
_____       )

## ORDER

Randall Tyler's, ("plaintiff"), civil action, brought *pro se*, was removed to federal court

on January 14, 2011. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this

case had previously been assigned. In the Report, the Magistrate Judge recommends that the

plaintiff's Motion to Terminate Removal and Remand, (Doc. # 18), be granted, and this action be

remanded to the Court of Common Pleas for Dorchester County, South Carolina. (Doc. # 36). No

objections have been filed in this case.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 36). Therefore, the plaintiffs Motion to Terminate Removal and Remand is **GRANTED**, and this action is **REMANDED** to the Court of Common Pleas for Dorchester County, South Carolina. All other motions in this case are deemed **MOOT**. (Docs. # 27, 28, 30, 40, 44, 51, and 52).

   **IT IS SO ORDERED**

                                     ____s/Terry L. Wooten____
                                     United States District Judge

May 27, 2011
Florence, South Carolina