AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Randall Tyler <br> *Plaintiff* <br> v. <br> Doris Gant; Clifford Kllingbeck; D. Young; John Does; and South Carolina Department of Corrections, <br> *Defendant* | ) <br> ) <br> )  Civil Action No.    2:11-cv-118-TLW <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. This case is remanded to the Court of Common Pleas for Dorchester County, South Carolina.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States Magistrate Judge.

Date:  May 27, 2011                                                    *CLERK OF COURT*

                                                                                      s/H. Hillman
                                                                  *Signature of Clerk or Deputy Clerk*